IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Carter, Timothy H | Case Number: 07 B 02806 |
|---|---|---|
| | Carter, Monique C | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 2/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: April 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,840.00 | |
| Secured: | | 17.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,722.68 |
| Trustee Fee: | | 99.36 |
| Other Funds: | | 0.00 |
| Totals: | 1,840.00 | 1,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 1,722.68 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Pay Day Loans | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 220.00 | 17.96 |
| 5. | GMAC Mortgage Corporation | Secured | 19,029.72 | 0.00 |
| 6. | Nicor Gas | Unsecured | 275.37 | 0.00 |
| 7. | US Bank | Unsecured | 22.09 | 0.00 |
| 8. | Municipal Collection Services | Unsecured | 150.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 54.52 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 424.10 | 0.00 |
| 11. | Midwest Physician Group | Unsecured | 29.90 | 0.00 |
| 12. | B-Line LLC | Unsecured | 138.94 | 0.00 |
| 13. | Payco General American Credit | Unsecured | | No Claim Filed |
| 14. | American Financial Corp | Unsecured | | No Claim Filed |
| 15. | Chicago Tribune | Unsecured | | No Claim Filed |
| 16. | Bureau Of Account Management | Unsecured | | No Claim Filed |
| 17. | Household Bank FSB | Unsecured | | No Claim Filed |
| 18. | Comcast | Unsecured | | No Claim Filed |
| 19. | Allied Interstate | Unsecured | | No Claim Filed |
| 20. | CompuServe | Unsecured | | No Claim Filed |
| 21. | Dish Network | Unsecured | | No Claim Filed |
| 22. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 23. | Gamefly Inc | Unsecured | | No Claim Filed |
| 24. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 25. | Orkin Pest Conrol | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Carter, Timothy H  
  Carter, Monique C  
  Printed: 12/13/07

Case Number: 07 B 02806  
Judge: Wedoff, Eugene R  
Filed: 2/19/07

| | | | |
|---|---|---|---|
| 26. | Southwest Credit Systems | Unsecured | No Claim Filed |
| 27. | Village of Park Forest | Unsecured | No Claim Filed |
| 28. | Pay Day Loans | Unsecured | No Claim Filed |
| 29. | NSA | Unsecured | No Claim Filed |
| 30. | Sprint | Unsecured | No Claim Filed |
| 31. | D & B Receivable Management | Unsecured | No Claim Filed |
| 32. | Pay Day Loans | Unsecured | No Claim Filed |
| 33. | Talk America | Unsecured | No Claim Filed |
| 34. | RMI | Unsecured | No Claim Filed |
| 35. | St James Hospital | Unsecured | No Claim Filed |
| 36. | Vista Del Mar | Unsecured | No Claim Filed |
| 37. | IC System Inc | Unsecured | No Claim Filed |
| 38. | Village Of Orland Park | Unsecured | No Claim Filed |

$ 22,544.64          $ 1,740.64

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 99.36 |

$ 99.36

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_